IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR MORALES AMBRIZ, AM7942,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CALIFORNIA STATE CORRECTIONAL HEALTH CARE,<br><br>        Defendant(s). | No. C 17-2988 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(ECF No. 2) |

On June 5, 2017, the post office returned the court's mail to plaintiff as undeliverable. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address or other instructions, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

Plaintiff's incomplete application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (ECF No. 2) is also DISMISSED without prejudice.

The clerk is instructed to close the file.

SO ORDERED.

DATED: August 7, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.17\Ambriz, E.17-2988.dismissal.wpd